WHITTALL-SCHERFEE LAW OFFICE
Ken Whittall-Scherfee; CA State Bar No. 137694
1006 4th Street, Sixth Floor
Sacramento, CA 95814
Telephone: (916) 446-0955
Facsimile: (916) 441-4196

Attorney for Sacramento Municipal Utility District

**FILED**

JUL 29 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

LODGED

JUL 2 9 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br><br>    Plaintiff,<br><br>v.<br><br>TERRASOLAR, INC., TERRASOLAR USA, INC., NewMedia SPARK plc, HANFORD READY MIX, INC., ELIXIR INDUSTRIES, Inc., LORD & SONS, INC. and JAMES SEIDEL,<br><br>    Defendants. | Case No. CIV-02-1318 LKK PAN<br><br>**ORDER FOR DISBURSEMENT OF REGISTRY FUNDS** |

Upon the request of the Sacramento Municipal Utility District, and good cause appearing therefore,

IT IS ORDERED: The funds deposited by the Sacramento Municipal Utility District on June 17, 2002 in the amount of $437,851.73 (the "FUND"), plus all accrued interest, subtracting therefrom any Court fees, shall be paid to the order of the Sacramento Municipal Utility District, and the clerk shall accept this Order as instructions directing the clerk to disburse the funds in accordance with the foregoing instructions.

Dated: JUL 29 2002

_____
Peter Nowinski, Magistrate Judge
U.S. District Court, Eastern District of California

United States District Court
for the
Eastern District of California
July 29, 2002

* * CERTIFICATE OF SERVICE * *

2:02-cv-01318

SMUD

v.

TerraSolar Inc

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  July 29, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

| | |
|---|---|
| Kenneth Reynolds Whittall-Scherfee<br>Whittal-Scherfee Law Office<br>1006 Fourth Street<br>Sixth Floor<br>Sacramento, CA   95814 | TM/PAN<br><br>CFS |

Jack L. Wagner, Clerk

BY: _____
      Deputy Clerk